■ Kirschenbaum, Shapiro & Marro, Respondent, v Andrea R. Dack et al., Appellants.

No opinion. Concur—Sullivan, J. P., Milonas, Ellerin and Kassal, JJ.